

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00609-CV

Allison Tracy **WHITE**,
Appellant

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order in Cause No. 2014-CI-02528 dismissing the suit for want of prosecution is REVERSED and this matter is REMANDED to the trial court with instructions for the trial court to reinstate Cause No. 2014-CI-02528 on the court's active docket. It is ORDERED that appellant Allison Tracy White recover her costs of this appeal from appellee Jason Walsh.

SIGNED July 31, 2019.

_____
Rebeca C. Martinez, Justice